## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTER DISTRICT OF VIRGINIA

### Norfolk Division

| | | |
|---|---|---|
| BERNETTIA J. COONEY, | ) | |
| | ) | |
| | ) | **CASE NO: 2:19-cv-00083** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TOWNE AUTO BROKERS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF SETTLEMENT

Plaintiff hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request that in accordance with 29 U.S.C. § 216(b) this matter *not* be dismissed with prejudice until such time as the parties complete the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement").  The parties intend to execute the Agreement as soon as practicable, but respectfully request that the parties are given 14 days to do so.

Date: June 7, 2019

Respectfully submitted,

BERNETTIA J. COONEY

_____/s/_____
Todd M. Gaynor, Esquire
Virginia Bar No.: 47742
GAYNOR LAW CENTER, P.C.
440 Monticello Avenue, Suite 1800
Norfolk, Virginia 23510
PH: (757) 828-3739
FX: (75) 257-3674
EM: tgaynor@gaynorlawcenter.com

*Counsel for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

COMES NOW the undersigned and hereby certifies that he has filed the

foregoing this day with the CM/ECF system, which will cause all known counsel of record to be

served electronically with a true copy hereof.

This, the 7th day of June, 2019.

_____/s/_____
Todd M. Gaynor (VSB 47742)
*Counsel for Plaintiff*