

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION


BERNETTIA J. COONEY,

     Plaintiff,

v.                                                                    Case No. 2:19cv83

TOWNE AUTO BROKERS, INC.,

     Defendant.


## DISMISSAL ORDER

The parties herein have reported to the court that this matter is settled.   It is, therefore,

**ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record .

/s/ _____
Arenda L. Wright Allen
United States District Judge

_____
Arenda L. Wright Allen
United States District Judge

January 16, 2020